**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of __Delaware__ (State)

Case number (If known): _____    Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | SHR Capital Partners, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | d/b/a Gogotech |
| 3. | Debtor's federal Employer Identification Number (EIN) | 27-4416785 |
| 4. | Debtor's address | **Principal place of business**<br><br>1407 Broadway, Seventh Floor<br>Number    Street<br><br>New York, NY 10018<br>City                State    ZIP Code<br><br>_____<br>County | **Mailing address, if different from principal place of business**<br><br>Number    Street<br><br>P.O. Box<br><br>City        State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City        State    ZIP Code |
| 5. | Debtor's website (URL) | www.shrcap.com |

Debtor   SHR Capital Partners, LLC
         _____          Case number (if known) _____
         Name

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
      __4529__ __ __

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☑ Chapter 7
   - ☐ Chapter 9
   - ☐ Chapter 11. *Check all that apply*:
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

Debtor  **SHR Capital Partners, LLC**
_____
Name

Case number (if known)_____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No
☐ Yes. District _____ When ____/____/_____ Case number _____
District _____ When ____/____/_____ Case number _____

If more than 2 cases, attach a separate list.

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes. Debtor **GoGoTech, II LLC**   Relationship **Subsidiary**
District **Delaware**   When **Pending**
MM / DD / YYYY
Case number, if known **Not Yet Assigned**

List all cases. If more than 1, attach a separate list.

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?_____
Number  Street

_____
City                                State ZIP Code

**Is the property insured?**

☐ No
☒ Yes. Insurance agency **Schechner Lifson Corporation**
Contact name **Marc Rosenkrantz, CCIC, CRM, CIC, AAI**
Phone **908-598-7813**

**Statistical and administrative information**

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor     SHR Capital Partners LLC                                    Case number (if known)_____
             Name

| | |
|---|---|
| **13. Debtor's estimation of available funds** | Check one:<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4.5.24
                MM / DD / YYYY

X /s/ David Lazier                       David Lazier
Signature of authorized representative of debtor    Printed name

Title  Board Member & Manager

Debtor  **SHR Capital Partners, LLC**
Name

Case number (if known)_____

**18. Signature of attorney**

X /s/ Mette H. Kurth

Signature of attorney for debtor

Date  4/5/24
MM / DD / YYYY

Mette H. Kurth
Printed name

Culhane Meadows PLLC
Firm name

3411 Silverside Road, Baynard Building, Suite 104-13
Number    Street

Wilmington     DE    19810
City            State    ZIP Code

(302) 289-8839 Ext. 100
Contact phone

mkurth@cm.law
Email address

6491
Bar number

DE
State

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS OF
## SHR CAPITAL PARTNERS LLC
[a Delaware limited liability company]

Dated as of April 4, 2024

Pursuant to the provisions of the Delaware Limited Liability Company Act (6 Del. C § 18-101, et seq.) (as amended from time to time, the "Act") and Section 3.03(c) of the Second Amended & Restated Limited Liability Company Agreement of the Company (as amended), dated December 31, 2014 (the "LLC Agreement"), the undersigned, constituting all of the members of the Board of Directors (the "Board") of SHR Capital Partners LLC (the "Company"), do hereby consent that when they have signed this consent, the preambles and resolutions below shall be passed and adopted as resolutions of the Board with the same force and effect as though adopted at an organizational meeting of the Board duly called and held:

**WHEREAS,** the Company is insolvent and unable to pay its debts as they mature; and

**WHEREAS,** the Board has determined that it is in the best interests of the Company, its creditors, and other interested parties for the Company to file a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT RESOLVED,** that the Board hereby approves of the Company's filing a voluntary petition for relief under Chapter 7 of the Bankruptcy Code (the "Company Bankruptcy."

**FURTHER RESOLVED,** that David Lazier, the sole director of the Company (the "Authorized Person"), be authorized to execute all documents necessary for the Company to file the Company Bankruptcy, including, but not limited to, the voluntary petition and any schedules, lists, affidavits, certifications, or other required papers;

**FURTHER RESOLVED,** that the Authorized Person is authorized to engage the law firm of Culhane Meadows Haughian & Walsh PLLC to file the Company Bankruptcy petition on the Company's behalf and to represent the Company during with respect to the Company Bankruptcy;

**FURTHER RESOLVED,** that the Authorized Person is authorized to retain such other professionals as the Authorized Persons deem necessary and appropriate to represent, assist, or consult with the Company with respect to the Company Bankruptcy;

**FURTHER RESOLVED,** that the Authorized Person is authorized to take any other actions necessary to accomplish the purpose of these resolutions; and

**FURTHER RESOLVED**, that all previous lawful actions taken or agreements entered into by the officers, directors, or representatives of the Company on behalf of the Company in carrying out and complying with the terms, provisions and intent of the foregoing resolutions are hereby ratified, confirmed, approved and adopted as duly authorized acts of Company in all respects and for all purposes.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Written Consent to be effective as of the date first written above.

_____
David Lazier                April 4, 2024

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____ District Of  Delaware  _____

**In re**

**SHR Capital Partners, LLC**                                    Case No. _____

**Debtor**                                                                       Chapter __7_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $__25,000____

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $__25,000____

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____0_____

2. The source of the compensation paid to me was:

   ☑ Debtor         ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor         ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs ~~and plan~~ which may be required;

   c. Representation of the debtor at the meeting of creditors ~~and confirmation hearing~~, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

    e.  ~~[Other provisions as needed]~~

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

4/5/2024
*Date*

*Signature of Attorney*

Culhane PLLC
*Name of law firm*