**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SHR Capital Partners, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No.: 24-10716 (JKS) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

SHR Capital Partners, LLC (the "**Debtor**") has filed its *Schedules of Assets and Liabilities* ("**Schedules**") and *Statement of Financial Affairs* (the "**Statements**" and, collectively with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). The Debtor, with the assistance of its legal advisor, prepared the Schedules and Statements in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

The Debtor's Board Member and Manager (the "**Director**") has made commercially reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information available to him at the time of preparation. However, the Debtor's day-to-day business affairs were managed, and its books and records maintained, by the Debtor's Chief Executive Officer and other officers and employees under his direction and supervision, all of whom resigned or were terminated prior to the commencement of these cases and the Debtor's decision to commence this Chapter 7 case. As such, the Director's knowledge of the Debtor's day-to-day operations and its books and records on the granular level required to complete the Schedules and Statements is limited, and subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors, inaccuracies, or omissions may have occurred. Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are complete.

The Debtor reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to the description of any claim (as defined in section 101(5) of the Bankruptcy Code, "**Claim**"), its description or designation, or the Debtor or non-Debtor affiliate against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" object to the extent, validity, enforceability, priority, or avoidability of any Claim; or the identify additional transactions or information not currently set forth in the Schedules and Statements. Any failure to designate a Claim in the Schedules and Statements as "disputed,"

1

"contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor. Nothing contained in the Schedules and Statements shall constitute a waiver of any right of the Debtor or an admission with respect to its Chapter 7 case (including, but not limited to, issues involving claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers).

In preparing the Schedules and Statements, the Director relied on financial data derived from the Debtor's books and records that were available to him and that he was able to ascertain at the time of such preparation. Although the Director has made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements under the circumstances, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtor hereby reserves its rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

The Debtor, its Director, and its legal advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and will not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor, its Director, and its legal advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event will the Debtor, its Director, or its legal advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor, its Director, or its legal advisors are advised of the possibility of such damages.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") should be referred to and considered in connection with any review of the Schedules and Statements. In the event that the Schedules and/or Statements differ from these Global Notes, the Global Notes control.

**Fill in this information to identify the case:**

Debtor name ___SHR Capital Partners, LLC___

United States Bankruptcy Court for the: ___District of Delaware___
(State)

Case number (If known): ___24-10716 (JKS)___

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ................................................................. $ 0.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................................. $ 0.00

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............... $ 24,177,928.73

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ............................... $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ............... +$ 1,253,711.44

4. **Total liabilities** .................................................................................... $ 25,431,640.17
   Lines 2 + 3a + 3b

---

Official Form 206Sum          **Summary of Assets and Liabilities for Non-Individuals**          page 1

**Fill in this information to identify the case:**

Debtor name ___SHR Capital Partners, LLC_____

United States Bankruptcy Court for the: ___District of Delaware_____

Case number (If known): ___24-10716 (JKS)_____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. KeyBank | Checking | 5  5  5  5 | $ 0.00 |
| 3.2. | | ___ ___ ___ ___ | $ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____

   4.2. _____    $_____

5. **Total of Part 1**    $ 0.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

---

**Part 2:**    **Deposits and prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.

   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $_____

   7.2. _____    $_____

---

Debtor    SHR Capital Partners, LLC      Case number (*if known*) 24-10716 (JKS)
Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1._____    $_____

    8.2._____    $_____

9. **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.      $_____

---

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                                   **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less: _____ – _____ = ........➜    $_____
                               face amount          doubtful or uncollectible accounts

    11b. Over 90 days old: _____ – _____ = ........➜    $_____
                              face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $_____

---

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1. _____ | _____ | $_____ |
| 14.2. _____ | _____ | $_____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1. Online Phone Store II LLC | 100 % | _____ | $ Unknown |
| 15.2. See continuation sheet | _____ % | _____ | $ Unknown |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

| Describe: | | |
|---|---|---|
| 16.1. _____ | _____ | $_____ |
| 16.2. _____ | _____ | $_____ |

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.      $ 0.00

---

Debtor _____SHR Capital Partners, LLC_____   Case number *(if known)*____24-10716 (JKS)_____

     Name

---

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No. Go to Part 6.

   ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

   _____  _____ MM / DD / YYYY  $_____  _____  $_____

20. **Work in progress**

   _____  _____ MM / DD / YYYY  $_____  _____  $_____

21. **Finished goods, including goods held for resale**

   _____  _____ MM / DD / YYYY  $_____  _____  $_____

22. **Other inventory or supplies**

   _____  _____ MM / DD / YYYY  $_____  _____  $_____

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.

   $_____

24. **Is any of the property listed in Part 5 perishable?**

   ☐ No

   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

---

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☑ No. Go to Part 7.

   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops—either planted or harvested**

   _____  $_____  _____  $_____

29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   _____  $_____  _____  $_____

30. **Farm machinery and equipment**  (Other than titled motor vehicles)

   _____  $_____  _____  $_____

31. **Farm and fishing supplies, chemicals, and feed**

   _____  $_____  _____  $_____

32. **Other farming and fishing-related property not already listed in Part 6**

   _____  $_____  _____  $_____

---

Debtor    SHR Capital Partners, LLC                    Case number *(if known)* 24-10716 (JKS)
        Name

33. **Total of Part 6.**

     Add lines 28 through 32. Copy the total to line 85.                                 $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☑ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐   No

       ☐   Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ · | $_____ |

43. **Total of Part 7.**

     Add lines 39 through 42. Copy the total to line 86.                                 $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| Debtor | SHR Capital Partners, LLC | Case number (*if known*) | 24-10716 (JKS) |
|---|---|---|---|
| | Name | | |

---

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | _____ | $_____ |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

SHR Capital Partners, LLC  
Debtor _____  
Name

24-10716 (JKS)

Case number *(if known)*_____

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>www.shrcap.com | $_____ | _____ | Unknown<br>$_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>See continuation sheet | 0.00<br>$_____ | _____ | Unknown<br>$_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

| Debtor | SHR Capital Partners, LLC | Case number *(if known)* 24-10716 (JKS) |
|---|---|---|
| | Name | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 11:** | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____ 0.00 — 0.00 = → $ 0.00
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

**Nature of claim** _____

**Amount requested** $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

**Nature of claim** _____

**Amount requested** $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Right of Use Asset ( Office & Warehouse Use $2.5mm)    $ Unknown

_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor  SHR Capital Partners, LLC
_____
Name

Case number *(if known)* 24-10716 (JKS)
_____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ................ ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $ 0.00 | **+** 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................... 0.00 $ 0.00

| Debtor 1 | SHR Capital Partners, LLC | | | 24-10716 (JKS) |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | Case number *(if known)* |

**Continuation Sheet for Official Form 206 A/B**

**15) Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| General description | % of ownership | Valuation method | Current value |
|---|---|---|---|
| Premium Store II LLC | 100% | | Unknown |
| GoGoTech II LLC | 100% | | Unknown |
| GogoStudios LLC | 100% | | Unknown |
| Factory Essentials LLC | 100% | | Unknown |
| HBSS LLC | 100% | | Unknown |
| Yada Yada LLC | 100% | | Unknown |
| Factory Outlet Stores Holding, LLC | 100% | | Unknown |
| CloudDial LLC | 100% | | Unknown |
| Battery Monster LLC | 100% | | Unknown |
| 101 Shavers LLC | 100% | | Unknown |
| SHRIP LLC | 100% | | Unknown |
| PriceBreak LLC | 100% | | Unknown |
| 101 Phones II LLC | 100% | | Unknown |
| Birdys Online Stores LLC | 100% | | Unknown |

**64) Other intangibles, or intellectual property**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| 101 PHONES.COM | | | Unknown |
| ISAVE.COM | | | Unknown |

Schedule A/B: Property

**Fill in this information to identify the case:**

Debtor name ___SHR Capital Partners, LLC___

United States Bankruptcy Court for the: ___District of Delaware___

Case number (If known): ___24-10716 (JKS)___

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  **12/15**

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

**Creditor's name**
KeyBank National Association

**Creditor's mailing address**
127 Public Square
Cleveland, OH 44114

**Creditor's email address, if known**

**Date debt was incurred** 01/06/2015
**Last 4 digits of account number** 4684

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**Describe debtor's property that is subject to a lien**
All Assets (Note: Tiger appraised the inventory in 2024; unknown what inventory remains)

$ 13,511,262.05     $ Undetermined

**Describe the lien**
Credit Agreement,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

**Creditor's name**
KeyBank National Association

**Creditor's mailing address**
127 Public Square
Cleveland, OH 44114

**Creditor's email address, if known**

**Date debt was incurred** 01/06/2015
**Last 4 digits of account number** 0001

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
All Assets (Note: Tiger appraised the inventory in 2024; unknown what inventory remains)

$10,666,666.68     $Undetermined

**Describe the lien**
Credit Agreement,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**
   $ 24,177,928.73

Debtor  SHR Capital Partners, LLC  Case number *(if known)* 24-10716 (JKS)

_____
Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3 Creditor's name**
Merion Investment Partners II, L.P.

_____

**Creditor's mailing address**

555 East Lancaster Avenue, Suite 500
Wilmington, DE 19807

**Creditor's email address, if known**

_____

**Date debt was incurred** 01/17/2013
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

Key Bank & Merion have both filed to perfect security interests; priority unknown

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

101phones.com and iSave.com

$ Unknown          $ Unknown

**Describe the lien**

Trademark Assignment

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

**2.__ Creditor's name**

_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ _____          $ _____

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | SHR Capital Partners, LLC | | Case number *(if known)* | 24-10716 (JKS) |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

---

| Form 206D | Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property** | page _3_ of _3_ |
|---|---|---|

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | SHR Capital Partners, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known) | 24-10716 (JKS) |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.2** **Priority creditor's name and mailing address**

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.3** **Priority creditor's name and mailing address**

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

| Debtor | SHR Capital Partners, LLC | Case number *(if known)* 24-10716 (JKS) |
|---|---|---|
| | Name | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
American Express
World Financial
200 Vesey St
New York, NY, 10285

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Amount of claim** $ 100,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 3419

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
American Express
World Financial
200 Vesey St
New York, NY, 10285

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Amount of claim** $ 100,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 2491

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
American Express
World Financial
200 Vesey St
New York, NY, 10285

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Amount of claim** $ 100,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 3188

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
American Express
World Financial
200 Vesey St
New York, NY, 10285

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Amount of claim** $ 100,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 1750

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
American Express
World Financial Center
200 Vesey St
New York, NY, 10285

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Amount of claim** $ 500,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
American Express
World Financial Center
200 Vesey St
New York, NY, 10285

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Amount of claim** $ 100,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 3719

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    SHR Capital Partners, LLC        Case number *(if known)* 24-10716 (JKS)
       Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7**   **Nonpriority creditor's name and mailing address**

Hasan Ragab
7 Anderson Road
Greenwich, CT, 06830

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   Litigation

$ Unknown

---

**3.8**   **Nonpriority creditor's name and mailing address**

Hassan Ragab as Trustee of the Ragab Family
Trust
c/o Woods Lonergan PLLC
60 East 42nd Street, Suite 1410
New York, NY,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   Litigation

**Is the claim subject to offset?**
✔ No
☐ Yes

$ Unknown

---

**3.9**   **Nonpriority creditor's name and mailing address**

KeyBank
127 Public Square

Cleveland, OH, 44114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   3419

**Is the claim subject to offset?**
✔ No
☐ Yes

$ 193,788.79

---

**3.10**   **Nonpriority creditor's name and mailing address**

KeyBank
127 Public Square

Cleveland, OH, 44114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   1750

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 59,922.65

---

**3.11**   **Nonpriority creditor's name and mailing address**

Realtor LLC
c/o Cypress LLP
11111 Santa Monica Blvd, Suite 500
Los Angeles, CA, 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   Litigation

**Is the claim subject to offset?**
✔ No
☐ Yes

$ Unknown

---

Debtor    SHR Capital Partners, LLC
          _____
          Name

Case number (*if known*)__24-10716 (JKS)_____

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 1,253,711.44 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,253,711.44 |

---

**Fill in this information to identify the case:**

Debtor name ___SHR Capital Partners, LLC_____

United States Bankruptcy Court for the: ___District of Delaware_____

Case number (If known): ___24-10716 (JKS)_____ Chapter __7___

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Insurance (Property, Workers Compensation, Foreign) | Hartford c/o Schechner Lifson Corp 4 Chatham Road Summit, NJ, 07901 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Insurance (General Liability, Umbrella) | Hanover c/o Schechner Lifson Corp 4 Chatham Road Summit, NJ, 07901 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Insurance (Ocean Cargo) | CMA c/o Schechner Lifson Corp 4 Chatham Road Summit, NJ, 07901 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Insurance (D&O) | Unknown c/o Schechner Lifson Corp 4 Chatham Road Summit, NJ, 07901 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | 2022 Interest Rate Swap Agreement | Unknown |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | SHR Capital Partners, LLC | Case number *(if known)* | 24-10716 (JKS) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**    page _2_ of _2_

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number o any government contract** | Board Member Compensation Agreement | David Lazier<br>1407 Broadway<br>Seventh Floor<br>New York, NY, 10018 |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Board Member Compensation Agreement | Uri Cohen<br>Unknown |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Board Member Compensation Agreement | Jim Edmunds)<br>Unknown |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Insurance (Cyber) | Unknown<br>c/o Schechner Lifson Corp<br>4 Chatham Road<br>Summit, NJ, 07901 |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Insurance (Travel Accident, Executive Protection) | Chubb<br>c/o Schechner Lifson Corp<br>4 Chatham Road<br>Summit, NJ, 07901 |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Board Member Compensation Agreement | Rene Lajous<br>Unknown |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | | |

| Fill in this information to identify the case: |
|---|

Debtor name __SHR Capital Partners, LLC__

United States Bankruptcy Court for the:__District of Delaware__

Case number (If known): __24-10716 (JKS)__

❑ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

❑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G_.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 GoGoTech II, LLC | 1407 Broadway Seventh Floor New York, NY 10018 | Merion Investment | ☑ D ❑ E/F ❑ G |
| 2.2 Online Phone Store II | 1407 Broadway Seventh Floor New York, NY 10018 | Merion Investment | ☑ D ❑ E/F ❑ G |
| 2.3 101 Phones II, LLC | 1407 Broadway Seventh Floor New York, NY 10018 | Merion Investment | ☑ D ❑ E/F ❑ G |
| 2.4 PremiumStore II LLC | 1407 Broadway Seventh Floor New York, NY 10018 | Merion Investment | ☑ D ❑ E/F ❑ G |
| 2.5 iSAVE.COM II LLC | 1407 Broadway Seventh Floor New York, NY 10018 | Merion Investment | ☑ D ❑ E/F ❑ G |
| 2.6 Piximodo II LLC | 1407 Broadway Seventh Floor New York, NY 10018 | Merion Investment | ☑ D ❑ E/F ❑ G |

Debtor   SHR Capital Partners, LLC
_____
Name

Case number (*if known*) 24-10716 (JKS)
_____



### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 Gogotech II LLC | 1407 Broadway Seventh Floor New York, NY 10018 | KeyBank National Association | ☑ D ☐ E/F ☐ G |
| 2.8 101Shavers LLC | 1407 Broadway Seventh Floor New York, NY 10018 | KeyBank National Association | ☑ D ☐ E/F ☐ G |
| 2.9 FactoryOutletStore LLC | 1407 Broadway Seventh Floor New York, NY 10018 | KeyBank National Association | ☑ D ☐ E/F ☐ G |
| 2.10 101Phones II LLC | 1407 Broadway Seventh Floor New York, NY 10018 | KeyBank National Association | ☑ D ☐ E/F ☐ G |
| 2.11 Gogo-Studios LLC | 1407 Broadway Seventh Floor New York, NY 10018 | KeyBank National Association | ☑ D ☐ E/F ☐ G |
| 2.12 Factory Outlet Store LLC | 1407 Broadway Seventh Floor New York, NY 10018 | Merion Investment Partners II, L.P. | ☑ D ☐ E/F ☐ G |
| 2.13 Online Phone Store II LLC | 1407 Broadway Seventh Floor New York, NY 10018 | KeyBank National Association | ☑ D ☐ E/F ☐ G |
| 2.14 101SHAVERS LLC | 1407 Broadway Seventh Floor New York, NY 10018 | Merion Investment Partners II, L.P. | ☑ D ☐ E/F ☐ G |

Official Form 206H          **Schedule H: Codebtors**          page 2 of 6

Debtor    SHR Capital Partners, LLC
          _____
          Name

Case number (*if known*) 24-10716 (JKS)
                         _____

  **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.15 Pricebreak LLC | 1407 Broadway<br>Seventh Floor<br>New York, NY 10018 | KeyBank National Association | ☑ D<br>❏ E/F<br>❏ G |
| 2.16 Squarewright Furnishings LLC | 1407 Broadway<br>Seventh Floor<br>New York, NY 10018 | KeyBank National Association | ☑ D<br>❏ E/F<br>❏ G |
| 2.17 CloudDial LLC | 1407 Broadway<br>Seventh Floor<br>New York, NY 10018 | KeyBank National Association | ☑ D<br>❏ E/F<br>❏ G |
| 2.18 Pricebreak LLC | 1407 Broadway<br>Seventh Floor<br>New York, NY 10018 | Merion Investment Partners II, L.P. | ☑ D<br>❏ E/F<br>❏ G |
| 2.19 PremiumStore II LLC | 1407 Broadway<br>Seventh Floor<br>New York, NY 10018 | KeyBank National Association | ☑ D<br>❏ E/F<br>❏ G |
| 2.20 Body Merry LLC | 1460 Broadway<br>New York, NY 10036 | KeyBank National Association | ☑ D<br>❏ E/F<br>❏ G |
| 2.21 HBSS LLC | 1407 Broadway<br>Seventh Floor<br>New York, NY 10018 | KeyBank National Association | ☑ D<br>❏ E/F<br>❏ G |
| 2.22 Shrip LLC | 1407 Broadway<br>Seventh Floor<br>New York, NY 10018 | KeyBank National Association | ☑ D<br>❏ E/F<br>❏ G |

| Debtor | SHR Capital Partners, LLC | Case number *(if known)* 24-10716 (JKS) |
|---|---|---|
| | Name | |



### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.23 | BRI Nutrition LLC | 1460 Broadway<br>New York, NY 10036 | KeyBank National Association | ☑ D<br>☐ E/F<br>☐ G |
| 2.24 | Renew Parts LLC | 1407 Broadway<br>Seventh Floor<br>New York, NY 10018 | KeyBank National Association | ☑ D<br>☐ E/F<br>☐ G |
| 2.25 | Birdys Online Stores LLC | 1407 Broadway<br>Seventh Floor<br>New York, NY 10018 | KeyBank National Association | ☑ D<br>☐ E/F<br>☐ G |
| 2.26 | Superior DC LLC | 1407 Broadway<br>Seventh Floor<br>New York, NY 10018 | KeyBank National Association | ☑ D<br>☐ E/F<br>☐ G |
| 2.27 | Refresh Filters IP LLC | 1460 Broadway<br>New York, NY 10036 | KeyBank National Association | ☑ D<br>☐ E/F<br>☐ G |
| 2.28 | Isave Online Stores LLC | 1407 Broadway<br>Seventh Floor<br>New York, NY 10018 | KeyBank National Association | ☑ D<br>☐ E/F<br>☐ G |
| 2.29 | Solving Products LLC | 1407 Broadway<br>Seventh Floor<br>New York, NY 10018 | KeyBank National Association | ☑ D<br>☐ E/F<br>☐ G |
| 2.30 | Body Merry IP LLC | 1460 Broadway<br>New York, NY 10036 | KeyBank National Association | ☑ D<br>☐ E/F<br>☐ G |

Official Form 206H        **Schedule H: Codebtors**        page 4 of 6

Debtor    SHR Capital Partners, LLC
     <sub>Name</sub>                      Case number *(if known)* 24-10716 (JKS)

**Additional Page if Debtor Has More Codebtors**

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.31 | BRI Nutrition IP LLC | 1460 Broadway New York, NY 10036 | KeyBank National Association | ☑ D ☐ E/F ☐ G |
| 2.32 | Renew Parts IP LLC | 1407 Broadway Seventh Floor New York, NY 10018 | KeyBank National Association | ☑ D ☐ E/F ☐ G |
| 2.33 | Factory Outlet Stores Holding LLC | 1407 Broadway Seventh Floor New York, NY 10018 | KeyBank National Association | ☑ D ☐ E/F ☐ G |
| 2.34 | Factory Essentials LLC | 1407 Broadway Seventh Floor New York, NY 10018 | KeyBank National Association | ☑ D ☐ E/F ☐ G |
| 2.35 | iSave Strategic Marketing Group LLC | 1407 Broadway Seventh Floor New York, NY 10018 | KeyBank National Association | ☑ D ☐ E/F ☐ G |
| 2.36 | Yada Yada LLC | 1407 Broadway Seventh Floor New York, NY 10018 | KeyBank National Association | ☑ D ☐ E/F ☐ G |
| 2.37 | Digiframes LLC | 1407 Broadway Seventh Floor New York, NY 10018 | Merion Investment Partners II, L.P. | ☑ D ☐ E/F ☐ G |
| 2.38 | Battery Monster, LLC | 1407 Broadway Seventh Floor New York, NY 10018 | KeyBank National Association | ☑ D ☐ E/F ☐ G |

Official Form 206H             **Schedule H: Codebtors**            

Debtor    SHR Capital Partners, LLC
_____
Name                                                                                  Case number (*if known*) 24-10716 (JKS)
_____

| ████ | **Additional Page if Debtor Has More Codebtors** |
|---|---|

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.39 Refresh Filters LLC | 1460 Broadway Seventh Floor New York, NY 10036 | KeyBank National Association | ☑ D ❏ E/F ❏ G |
| 2.40 | | | D ❏ E/F ❏ G |
| 2.___ | | | ❏ D ❏ E/F ❏ G |
| 2.___ | | | ❏ D ❏ E/F ❏ G |
| 2.___ | | | ❏ D ❏ E/F ❏ G |
| 2.___ | | | ❏ D ❏ E/F ❏ G |
| 2.___ | | | ❏ D ❏ E/F ❏ G |
| 2.___ | | | ❏ D ❏ E/F ❏ G |

Official Form 206H                    **Schedule H: Codebtors**                    page 6 of 6

**Fill in this information to identify the case and this filing:**

Debtor Name ___SHR Capital Partners, LLC_____

United States Bankruptcy Court for the: __District of Delaware_____

Case number (*If known*): ____24-10716 (JKS)_____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* _____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge based on the information currently available to me.

Executed on ___04/21/2024___
MM / DD / YYYY

DocuSigned by:

✗ _David Lazier_____
056D982729D0415...
Signature of individual signing on behalf of debtor

David Lazier
_____
Printed name

Board Member & Manager
_____
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**