**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| SHR CAPITAL PARTNERS, LLC, | Case No. 24-10716-JKS |
| Debtor. | **Related Docket No.[1] ___** |
| In re: | Chapter 7 |
| GOGO TECH II, LLC, | Case No. 24-10717-JKS |
| Debtor. | **Related Docket No. 67** |

**ORDER VACATING THE COURT'S ORDER AUTHORIZING THE SALE OF
THE DEBTORS' RIGHTS, TITLE, AND INTERESTS IN CERTAIN PROPERTY
TO 5X BRAND HOLDINGS, LLC, FREE AND CLEAR OF ALL LIENS,
CLAIMS, INTERESTS AND ENCUMBRANCES PURSUANT TO11 U.S.C §§ 105 AND
363 AND RULE 6004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Upon the *Emergency Motion of National Marketing Industries, LLC to Reconsider or Vacate the Court's Order Authorizing the Sale of the Debtors' Rights, Title, and Interests in Certain Property to 5X Brand Holdings, LLC, Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to11 U.S.C §§ 105 and 363 and Rule 6004 of the Federal Rules of Bankruptcy Procedure* [D.I. 66] (the "Motion"), and any objections or responses thereto; and it appearing that this Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and it appearing that venue of this bankruptcy proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G); and this Court having

---

[1] For the purposes of this Emergency Motion, NMI will reference the docket numbers in the *In re: GoGo Tech II, LLC* matter, Case No. 24-10717 (JKS).

found that it is authorized to enter a final order with respect to this motion consistent with Article III of the United States Constitution; and the Court having held a hearing on the Motion on June 11, 2026; and finding good cause to grant the relief requested in the Motion, it is hereby ORDERED as follows:

1.      The Motion is GRANTED as set forth herein, for the reasons stated on the record at the hearing on June 16, 2026, at 2:30 p.m.

2.      The Court's *Order Authorizing the Sale of the Debtors' Rights, Title, and Interests in Certain Property to 5X Brand Holdings, LLC, Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to 11 U.S.C §§ 105 and 363 and Rule 6004 of the Federal Rules of Bankruptcy Procedure* [D.I. 66] (the "Sale Order") shall be, and hereby is, VACATED *nunc pro tunc* to April 23, 2026.

3.      The Sale Order shall have no force or effect.

4.      The Trustee is authorized to file bidding procedures on an expedited basis, and the Court will consider a sale on an expedited basis.

5.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: June 23rd, 2026**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

2