# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SHR CAPITAL PARTNERS, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-10716 (JKS) |
| In re:<br><br>GOGO TECH II, LLC,<br><br>Debtor. | Chapter 7<br>Case No. 24-10717 (JKS) |

**ORDER (A) AUTHORIZING THE AUCTION PROCEDURES AND APPROVING THE SALE OF CERTAIN PERSONAL PROPERTY OF THE DEBTORS AT PUBLIC AUCTION FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS, AND (II) GRANTING RELATED RELIEF**
**[Re Docket No. ___]**

Upon consideration of the *Motion of George L. Miller, the Chapter 7 Trustee for Entry of an Order: (I) Authorizing the Auction Procedures and Approving the Sale of Certain Personal Property of the Debtors at Public Auction Free and Clear of Liens, Claims, Encumbrances, and Interests, and (II) Granting Related Relief* (the "Motion"); and the Court having reviewed the Motion and the Declaration (the "Declaration") of the Chapter 7 Trustee George L. Miller ("Trustee"); and it appearing that the relief requested is in the best interest of the Debtors' estates, their creditors and other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012, and the Court having the power to enter a final order consistent with Article III of the United States Constitution; and consideration of the Motion and relief requested therein

1

being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been adequate and appropriate under the circumstances; and a hearing on the Motion having been held by this Court; and after due deliberation and sufficient cause appearing therefor; it is ORDERED, ADJUDGED, and DECREED  that:

1.      The Motion is **Granted** as set forth herein.

2.      The Auction Procedures for the Sale of the Property as described in the Motion are approved, which shall consist of an online, public auction for the Property to be conducted by Auction Advisors LLC ("Auctioneer").

3.      The Property is to be sold "As Is", "Where Is", "With all Faults" and is without representation or warranties being expressed or implied with respect to the condition or completeness of the Property and any records associated therewith.

4.      The Auction and Sale of the Property shall be conducted in accordance with Federal Rule of Bankruptcy Procedure 6004 and Local Bankruptcy Rule 6004-1.

5.      The Trustee, in conjunction with its professional advisors, will determine in his business judgment at the Auction the highest and best offer(s) for all or a portion of the Property.

6.      Absent irregularities in the conduct of the Auction, or reasonable and material confusion during the bidding, the Court will not consider bids made after the Auction has been closed.

7.      After the Auction is completed, the Trustee will file a notice of the results of the Auction that will including information required under Bankruptcy Rule 6004(f).

8.      The Sale of the Property shall be free and clear of all liens, claims, encumbrances, and interest, pursuant to section 363(f) of the Bankruptcy Code, with all such interests attaching to the net sale proceeds of the Property to the extent applicable.

9.      Upon the conclusion of the Auction and the filing of the Bankruptcy Rule 6004(f) report, the Trustee is authorized to transfer the Property to the winning bidders free and clear of all liens with any liens, claims and interests to attach solely to the proceeds from the sale of the Property.

10.     The Court shall resolve any disputes related to the Sale or the Auction Procedures.

11.     This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to this Order.