# Exhibit B



# ASSET DISPOSITION & AUCTION SERVICES AGREEMENT

This Agreement is made, this 20th day of July, 2026 by and between AUCTION ADVISORS LLC ("Auctioneer"), on the one hand, and George L. Miller, as Chapter 7 trustee (the "Trustee") of the bankruptcy estates of SHR Capital Partners ("SHR") and GoGo Tech II, LLC ("GoGo Tech" and together with SHR, the "Debtors"), on the other hand.

WHEREAS, the Trustee, on behalf of the Debtors, desires to engage Auctioneer on an exclusive basis to market and sell the Estates interest in the property set forth on Attachment A (the "Property"), at Auctioneer's discretion, in accordance with this Agreement and subject to reasonable consultation with and appropriate approvals from the Trustee; and

WHEREAS, the effectiveness of this Agreement and the consummation of any transactions contemplated hereby are subject to the approval of the United States Bankruptcy Court District of Delaware Court (the "Court").

Auctioneer and the Trustee agree as follows:

Obligations of Auctioneer; Exclusive Right to Sell:

1. Auctioneer hereby accepts this engagement and agrees to use commercially reasonable efforts to market and sell the Property via an online auction that shall commence on or about forty-five [45] days of the date this Agreement goes into effect.  Auctioneer shall either conduct the auction via Zoom or Auctioneer may use a third-party software platform for the conduct of such auction.

2. Auctioneer shall, at its discretion, offer the Property in the entirety, or in any division of Property which Auctioneer deems appropriate for maximizing the overall value of the Property.

3. Auctioneer acknowledges and agrees that all Property shall be sold in "AS-IS" condition, without any representations or warranties being expressed or implied with respect to the condition of the Property.

4. Subject to obtaining approval of the Court, Trustee shall use its best efforts to deliver to a buyer (i) possession of the Property; and (ii) unencumbered title free and clear of any liens or encumbrances.

Flat Fee, Commission & Buyer's Premium:

5. In consideration of its services hereunder Auctioneer shall receive: (i) a flat minimum fee equal to $25,000 (the "Minimum Fee"), plus (ii) a commission (the "Commission") equal to Fifteen Percent (15%) of the bid amount of any sale of the Property, but only to the extent such bid amount is over $75,000.

Marketing & Expense Reimbursement:

6. The Trustee shall not be required to reimburse the Auctioneer for marketing & advertising expenses incurred by Auctioneer in connection with the sale and marketing of the Property and the conduct of

the auction, including, without limitation, the cost of ads, social media, online marketing, listings, various campaigns, direct e-solicitation (collectively, "Marketing Expenses").

Additional Services:

7.  The Auctioneer's services hereunder are limited to those services necessary and sufficient to conduct an auction or otherwise sell the Property.

General Provisions:

8.  All amounts paid by any buyer shall be remitted to the Trustee before being paid out.
9.  The Debtors are jointly and severally liable for the Debtors' obligations to Auctioneer hereunder.
10. The Minimum Fee and any Commission (if applicable) are recognized as, and shall be payable to the Auctioneer as, a "super priority administrative claim".
11. All payments to Auctioneer hereunder are subject to the submission of a fee application and shall be paid promptly upon approval of such by the Court.
12. The Trustee shall use its best efforts to fully cooperate with Auctioneer (among other things, providing documentation, access, consultation and assistance) throughout the term of this agreement and to cause its staff, agents, advisors, owners, affiliates and other related parties to similarly cooperate with Auctioneer in all respects.
13. This Agreement shall inure to the benefit of the parties hereto and shall be binding upon the parties hereto and their respective heirs, successors, and assigns. Except as otherwise set forth herein, nothing in this Agreement, expressed or implied, is intended to confer on any person other than the parties hereto or their respective heirs, successors, and assigns any rights, remedies, obligations, or other liabilities under or by reason of this Agreement.
14.  This Agreement shall be construed as to both validity and performance and enforced in accordance with and governed by the internal laws of Delaware.
15.  If any term, covenant, condition, or provision of this Agreement or the application thereof to any circumstance shall be invalid or unenforceable to any extent, the remaining terms, conditions, and provisions of this Agreement shall not be affected thereby and each remaining term, covenant, condition, and provisions of this Agreement shall be valid and shall be enforceable to the fullest extent permitted by law. If any provision of this Agreement is so broad as to be unenforceable, such provisions shall be interpreted to be only as broad as is enforceable.
16. This Agreement shall constitute the entire agreement between the parties and any prior understanding or representation of any kind preceding the date of this Agreement shall not be binding on either party to this Agreement except to the extent incorporated in this Agreement.
17. This Agreement may not be modified or changed except by an instrument or instruments in writing signed by the Trustee and Auctioneer.
18. The rights and obligations of the parties under this Agreement shall not be assignable except with the prior written consent of the other party hereto.

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed as of the date first above written.

**Auctioneer:**   Auction Advisors                        **Trustee:**

_____
Print name of signatory, Title and contact info:
Joshua Olshin, Managing Partner

In re: SHR Capital Partners (No. 24-10716) &
In re: GoGo Tech II, LLC (No. 24-10717)

_____
Print name of signatory, Title and contact info:
CHAPTER 7 TRUSTEE
EMAIL GMILLER@MLTLLP
ADDRESS SUITE 950
1628 John F. Kennedy Blvd
PHILADELPHIA PA 19103

**Attachment A**

Assets associated with the following entities:

**Delaware:**
Refresh Filters LLC (File No. 6312492)
BRI Nutrition LLC (File No 6146340)
Body Merry LLC (File No 6045352)
HBSS LLC (File No 5241125)

**New York:**
Refresh Filters IP LLC (DOS ID 5103298)
Body Merry IP LLC (DOS ID 5103289)
BRI Nutrition IP LLC (DOS ID 5102888)

## GoGoTech II PL Brands

A.  Trademarks & Brand Registry
- Trademark
- Amazon Brand Registry access
- Amazon Seller Central Account
- Patents / copyrights / trade secrets (if any)
- ASIN listings

B.  Domains & Website
- Domains
- Website/CMS (Shopify/WordPress/etc., theme licenses, plugins)
- Analytics & Webmaster tools (GA4, Tag Manager, GSC)
- Ad platforms (Amazon Ads, Google Ads, Meta Ads, TikTok Ads)

C.  Social & Community
- Instagram, Facebook, Twitter, YouTube, Pinterest
- Influencer contracts or affiliate programs

D.  Product, Packaging & Compliance
- SKU / Product MasterList (BOM's HS codes)
- Packaging dielines & artwork (source files)
- Photography & video RAW files with releases

E.  Barcodes & Catalog Identity
- GS1 Company Prefix & GTIN assignments

F.  Barcodes & Catalog Identity
- GS1 Company Prefix & GTIN assignments

G.  Legal, Financial & Policies
- Open/Closed disputes (IP complaints, lawsuits, chargebacks)

## Appendix A – Digital Assets Schedule

| Asset Type | Platform / Domian | Account ID / URL |
|---|---|---|
| Domain | refreshmywater.com | |
| Corp Name | Refresh Filter IP, LLC DBA Refresh Filters | |
| Website CMS | Shopify / WordPress | www.refreshmywater.com |
| Analytics | Google Analytics 4 | |
| Ads | Amazon Ads | If Applicable |
| Ads | Google Ads | If Applicable |
| Ads | Meta Ads | If Applicable |
| Social | Facebook | www.facebook.com/refreshmywater/ |
| Trademarks | Refresh Filters | 88001833, 88001841, 88004757 |

## Appendix B – Digital Assets Schedule

| Asset Type | Platform / Domain | Account ID / URL |
|---|---|---|
| Domain | renewfilters.com | |
| Corp Name | Renew Parts IP, LLC DBA Renew Parts | |
| Website CMS | Shopify / WordPress | www.renewfilters.com |
| Analytics | Google Analytics 4 | |
| Ads | Amazon Ads | If Applicable |
| Ads | Google Ads | If Applicable |
| Ads | Meta Ads | If Applicable |
| Trademarks | Renew Parts | 87172063, 88001843 |

## Appendix C – Digital Assets Schedule

| Asset Type | Platform/Domain | Account ID / URL |
|---|---|---|
| Domain | bodymerry.com | |
| Corp Name | Body Merry IP, LLC DBA Body Merry | |
| Website CMS | Shopify / WordPress | www.bodymerry.com |
| Analytics | Google Analytics 4 | |
| Ads | Amazon Ads | If Applicable |
| Ads | Google Ads | If Applicable |
| Ads | Meta Ads | If Applicable |
| Social | Instagram | www.instagram.com/body_merry |
| Social | Facebook | www.facebook.com/bodymerry |
| Social | YouTube | www.youtube.com/c/bodymerry |
| Social | Pinterest | www.pinterest.com/BodyMerry/ |
| Social | Twitter/X | www.x.com/bodymerry |
| Trademarks | BodyMerry | 86815521, 86816588, 87143349, 87143390 |

## Appendix D – Digital Assets Schedule

| Asset Type | Platform / Domain | Account ID / URL |
|---|---|---|
| Domain | brinutrition.com | |
| Corp Name | BRI Nutrition IP, LLC DBA BRI Nutrition | |
| Website CMS | Shopify / WordPress | www.brinutrition.com |
| Analytics | Google Analytics 4 | |
| Ads | Amazon Ads | If Applicable |
| Ads | Google Ads | If Applicable |
| Ads | Meta Ads | If Applicable |
| Social | Instagram | www.instagram.com/brinutritionofficial |
| Social | Facebook | https://www.facebook/com/BRInutrition |
| Social | Twitter/X | www.x.com/brinutrition |
| Trademarks | BRI Nutrition | 86502110 |