**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SHR CAPITAL PARTNERS, LLC<br><br>    Debtor. | Chapter 7<br><br>Case No. 24-10716 (JKS) |
| GOGOTECH II, LLC<br><br>    Debtor. | Chapter 7<br><br>Case No. 24-10717 (JKS)<br><br>**Hearing Date: August 18, 2026 at 11:00 a.m. (ET)**<br>**Objection Deadline: August 10, 2026 at 4:00 p.m. (ET)** |

## <u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE, that George L. Miller (the "<u>Trustee</u>"), the Chapter 7 Trustee for the bankruptcy estates captioned above (the "<u>Debtors</u>"), filed the *Motion of Chapter 7 Trustee George L. Miller for Entry of an Order: (I) Authorizing the Auction Procedures and Approving the Sale of Certain Personal Property of the Debtors at Public Auction Free and Clear of Liens, Claims, Encumbrances, and Interests, and (II) Granting Related Relief* (the "Motion").

You are required to file a response to the Motion on or before **August 10, 2026 at 4:00 p.m. (ET).**

At the same time, you must also serve a copy of the response upon the Trustee's attorney:

David M. Klauder, Esquire
**BIELLI & KLAUDER, LLC**
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
dklauder@bk-legal.com

2

Hearing on the Motion will be held on **August 18, 2026 at 11:00 a.m. (ET)** before the Honorable J. Kate Stickles at the United States Bankruptcy Court for the District of Delaware. 824 North Market Street, 5th Floor, Courtroom # 6, Wilmington, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 20, 2026
Wilmington, Delaware

**BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Email: dklauder@bk-legal.com

*Counsel to the Chapter 7 Trustee*

2