**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SHR CAPITAL PARTNERS, LLC,<br><br>    Debtor. | Chapter 7<br>Case No. 24-10716 (JKS) |
| In re:<br><br>GOGOTECH II, LLC,<br><br>    Debtor. | Chapter 7<br>Case No. 24-10717 (JKS) |

## CERTIFICATE OF SERVICE

I, David M. Klauder, certify that on July 20, 2026, I caused a true and correct copy of the *Motion of Chapter 7 Trustee George L. Miller for Entry of an Order: (I) Authorizing the Auction Procedures and Approving the Sale of Certain Personal Property of the Debtors at Public Auction Free and Clear of Liens, Claims, Encumbrances, and Interests, and (II) Granting Related Relief* to be served through the Court's CM/ECF system upon all registered participants and via electronic mail upon the parties on the attached Service List.

I further certify that on July 20, 2026, I caused a true and correct copy of the *Notice of Motion* to be served via First Class U.S. Mail upon the parties on the attached Matrix List.

Dated: July 20, 2026
Wilmington, Delaware

**BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: 302-803-4600
dklauder@bk-legal.com

*Counsel to Chapter 7 Trustee*