## SERVICE LIST

Mette H. Kurth, Esq.
Culhane Haughian & Walsh PLLC, d/b/a CM Law PLLC
3411 Silverside Road
Baynard Building, Suite 104-13
Wilmington, DE 19810
mkurth@cm.law

Stephanie J. Slater, Esq.
Fox Rothschild LLP
1201 North Market Street, Suite 1200
Wilmington, DE 19801
sward@foxrothschild.com

David P. Papiez, Esq.
Fox Rothschild LLP
1001 4th Ave. Suite 4400
Seattle, WA 98154
dpapiez@foxrothschild.com

Michael J. Joyce, Esq.
JOYCE, LLC
1225 King Street, Suite 800
Wilmington, DE 19801
mjoyce@mjlawoffices.com

John Giampolo, Esq.
ROSENBERG &ESTIS, P.C.
733 Third Avenue, 17th Floor
New York, New York 10022
jgiampolo@rosenbergestis.com

Curtis L. Tuggle, Esq.
Alexander J. Andrews, Esq.
Thompson Hine LLP
3900 Key Center, 127 Public Square
Cleveland, OH 44114
Curtis.tuggle@thompsonhine.com
Alexander.Andrews@ThompsonHine.com

David Wander, Esquire
Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
dwander@tarterkrinsky.com

Jonathan W. Lipshie, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Jon.Lipshie@usdoj.gov

Sullivan Nimeroff Brown Hill LLC
William D. Sullivan, Esquire
William A. Hazeltine, Esquire
919 North Market Street, Suite 420
Wilmington, DE 19801
bsullivan@snbhlaw.com
whazeltine@snbhlaw.com

The Rosner Law Group, LLC
Frederick B. Rosner, Esquire
824 N. Market Street, Suite 810
Wilmington, DE 19801
rosner@teamrosner.com

Tarter Krinsky & Drogin LLP
David Wander, Esquire
Jack Manchester, Esquire
1350 Broadway
New York, NY 10018
dwander@tarterkrinsky.com
jmanchester@tarterkrinsky.com

Attorney General's Office
Christopher S. Murphy, Esquire
Sherri K. Simpson, Paralegal
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
christopher.murphy@oag.texas.gov
sherri.simpson@oag.texas.gov

5X Brand Holdings LLC
AJ Goodman
3911 Concord Pike, #8030
Wilmington, DE 19803
5xbrandholdings@gmail.com

Winder Industries Inc. dba Wintron Electronics
2301 Atlantic Ave., Ste. E.

Manasquan, NJ 08736
mark@wintronelectronics.com

State of NJ-Division of Taxation Bankruptcy Unit
PO Box 245
Trenton, NJ 08695
Halpin.Stephen@treas.nj.gov

Tucson Container Corporation
6601 S Palo Verde Rd
Tucson, AZ 85756
davidl@tucsoncontainer.com

K-Tech, Inc.
2236 Lake Drive
Pasadena, MD 21122
Aglam66@gmail.com

JLVPJS LLC
17103 Holmes Cir.
Cerritos, CA 90703
jlvpjs@gmail.com

SHR Gogotech India Private Limited
717-721 North Plaza
Opp Palladium Nr 4D Square Mall, Vishat
Ahmedabad Gujarat
India
lewis@pursonicusa.com

Kinsey's Archery Products Inc.
1660 Steel Way Drive
Mount Joy, PA 17552
ar@kinseysinc.com

Boulay, PLLP
Heley, Duncan & Melander, PLLP
Michael P. Coaty, Esquire
8500 Normandale Lake Boulevard, Suite 2110
Minneapolis, MN 55437
mpcoaty@heleyduncan.com

Fabre Technologies
27 Horseneck Rd., Suite 220
Fairfield, NJ 07004
accounting@fabretech.io

Steven Van Wieren
OC Concrete LLC
649 Mt Orange Rd.
Middletown, NY 10940
occoncretellc@gmail.com

Wingify Software Private Limited
1104, 11th Floor, KLJ Tower North B-5
Netaji Subhash Place, Pitampura
Delhi – 110034, India
account.receivables@vwo.com
sparsh@wingify.com

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158
arbankruptcy@uline.com

Dhanshri Sontakey
65, Gander Green Lane
Sutton, Surrey SM12EP
UNITED KINGDOM
dhanshriamit@hotmail.com

Michael C. Jackson 1999 Descendants
177 Sabbaday Lane
Washington Depot, CT 06794
dburden@fiduciary−trust.com

Prometheus Group, LLC
P.O. Box 130100
Birmingham, AL 35213−0100
mgregory@prometheusoutdoors.com

Texas Comptroller of Public Accounts
Office of the Attorney General
Bankruptcy & Collections Division
PO Box 12548, MC-008
bankruptcysection@cpa.texas.gov

Federal Insurance Company c/o Chubb
436 Walnut Street − WA04K
Philadelphia, PA 19106
Courtney.collins@chubb.com

KeyBank National Association

Staples, Inc.
PO Box 102419
Columbia, SC 29224
thomas.riggleman@staples.com
ARREMITTANCE@STAPLES.COM

Clarity Products, LLC
c/o Elisabeth B. Donnovin
Johnson & Mulroony, P.C.
428 McCallie Avenue
Chattanooga, TN 37402
edonnovin@johnsonmulroony.com

Euler Hermes agent for D & H DISTRIBUTING COMPANY
100 International Dr 22nd Floor
Baltimore, MD 21202
Insolvency@amer.allianz−trade.com

ProMarketing Inc.
Robert Saxon, Esquire
Meyers Saxon & Cole
3620 Quentin Road
Brooklyn, NY 11234
rsaxongolf@gmail.com

Anker Innovations Technology Co., Ltd.
Brown & Joseph, LLC
c/o Peter Geldes, Esquire
PO Box 249
Itasca, IL 60143
lawyer@brownandjoseph.com

Beach Trading Company, Inc.
Coface North America Insurance Company
600 College Road East, Suite 1110
Princeton, NJ 08640
Bankruptcy.legal.nar@coface.com

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355−0701
proofofclaim@becket−lee.com
payments@becket−lee.com

Commpage Inc
85 Hoffman Ln, Suite K
Islandia, NY 11749
bhova@commpageonline.com

PJSJ Enterprises Inc.
67 Buck Rd, B45
Huntingdon Valley, PA 19006
jhannings@vanguardcleaning.com

Alltrans Logistics Group, Inc.
2011 SW 17th Ave
Boynton Beach, FL 33426
sales@alltrans−usa.net

DMS Technology, Inc.
4110 Tench Rd Suite B
Suwanee, GA 30024
mhawkins@dmstechnology.net

National Trade Supply, LLC
2011 Southtech Drive, Suite 100
Greenwood, IN 46143
apoteet@discountfilters.com

Ian C. Williams
Acuteaudio LLC
PO Box 16723
Tuscon, AZ 85732
Ian.christian.williams@gmail.com

Ashley Furniture Industries LLC
One Ashley Way PO Box 190
Arcadia, WI 54612
jevanson@ashleyfurniture.com

TeleDynamics
2200 Wheless Lane
Austin, TX 78723
wendy@teledynamics.com

Jobar International, Inc
3112 Kashiwa Street
Torrance, CA 90505
credit@jobar.com

Elliott Davis
355 South Main Street Suite 500
Greenville, SC 29601
ashley.mitchell@elliottdavis.com

Elite Service Group LLC
40 West 27th Street, 6th fl
New York, NY 10001
finance@cleanbyelite.com

Total Ben LLC
1374 East 28 St
Brooklyn, NY 11210
moishe.miller@totalben.com

A1 Telecom Inc
3030 S 11th Street
Niles, MI 49120−3030
ali@a1telecom.com

Darktrace Holdings Limited
Maurice Wilkes Building
St John's Innovation Park
Cowley Road
Cambridge
fingroup@darktrace.com

Commission Junction LLC
c/o Hanna J. Redd, Esquire
Locke Lord LLP
111 Huntington Ave., 9th Floor
Boston, MA 02199
hanna.redd@lockelord.com

Robert Half Inc
PO Box 5024
San Ramon, CA 94583
Amber.baptiste@roberthalf.com

Wells Fargo Vendor Financial Services, LLC
Bankruptcy Administration
PO Box 13708
Macon, GA 31208
bankruptcy@leasingconnection.com
Christine.R.Etheridge@Wellsfargo.com

DAS Companies, Inc.
P.O. Box 826587
Philadelphia, PA 19182
ebrowne@dasinc.com

Protel BPO LTD
The Law Offices of Gary A. Bemis
3870 La Sierra Ave, Ste 239
Riverside, CA 92505
bemisgary@gmail.com

Veriship, LLC (dba Sifted)
8880 Ward Parkway, Suite 300
Kansas City, MO 64114
accountsreceivable@sifted.com

Sports South LLC
101 Robert G Harris Drive
Shreveport, LA 71115
credit@sportssouth.biz
kellen.gunnels@sportssouth.biz

Long Island Industrial Management, LLC
McGrail & Bensinger LLP
c/o Ilana Volkov, Esquire
888−C Eighth Avenue #107
New York, NY 10019
ivolkov@mcgrailbensinger.com
davidh@milvado.com

Pilot Fiber, Inc.
1115 Broadway, Fl 12
New York, NY 10010
sbrolly@pilotfiber.com

V & V Appliance Parts, Inc
27 West Myrtle Avenue
Youngstown, OH 44507
sswogger@vvapplianceparts.com

Crown Equipment Corporation
Sebaly Shillito + Dyer LPA
Attn: Robert Hanseman, Esquire
40 N. Main St., Ste. 1900
Dayton, OH 45423
kthomas@ssdlaw.com

RHanseman@ssdlaw.com

XPO Logistics Freight, Inc.
9151 Boulevard 26 Bldg A, Bankruptcy Dept
North Richland Hills, TX 76180
Bankruptcy@xpo.com

Vtech Communications, Inc
9020 SW Washington Square Road Suite 555
Vancouver, WA 97223
cathysmith@vtechphones.com
aragsdale@vtechphones.com
tim.conway@tonkon.com

Garmin USA
1200E 151st Street
Olathe, KS 66062
kurt.starks@garmin.com

AGM Powershopper Inc.
721 W Woodbury Rd
Altadena, CA 91001
alex@agmdistribution.com

Donna L. Thompson
3335 N Flowing Wells, Unit 1
Tucson, AZ 85705
Donnalthompson48@gmail.com

Mailmodo Technologies Inc.
c/o The Powell Firm, LLC
P.O. Box 289
Wilmington, DE 19899
llalone@delawarefirm.com
aquib@mailmodo.com

Rithum Corp. fka Channel Advisor
25736 Network Place
Chicago, IL 60673−1257
legal@commercehub.com
douglas.wolfson@rithum.com

Tennessee Department of Revenue
c/o Attorney General
PO Box 20207
Nashville, TN 37202−0207

TDOR.bankruptcy@tn.gov
jaleesa.johnson@tn.gov

GN Audio USA Inc.
900 Chelmsford St., Tower II, 8th Floor
Lowell, MA 01851
jbaginski@gn.com

Haier US Appliance Solutions Inc dba GE Appliances
c/o Elizabeth Noland, Esquire
Fultz Maddox Dickens PLC
101 S. Fifth Street, 27th Floor
Louisville, KY 40202
ebnoland@fmdlegal.com
joseph.tharp@geappliances.com