**Matrix List**

GARMIN
P.O. Box 842603
Kansas City, MO 64184


Keystone Automotive Operations Inc
44 Tunkhannock Avenue
Exeter, PA 18643


Aptum Technologies Inc.
106 Jefferson Street
Suite 300
San Antonio, TX 78205


Panasonic Consumer Electronics Company
PO Box 13887
Newark, NJ 07188


ScanSource, Inc.
24263 Network Place
Chicago, IL 60673


Shorenstein Realty Services East LLC
1407 Broadway
Suite 2200
New York, NY 10018


FedEx
P.O. Box 371461
Pitsburgh, PA 15250


Wintron Electronics
2301 Atlantic Ave
Manasquan, NJ 08736


Rand Mcnally
P O Box 674311
Dallas, TX 75267


DBL Distributing, Inc
Ingram Micro, Inc.
15206 Collection Center Drive

Chicago, IL 60693


SYNNEX Corporation
PO Box 406748
Atlanta, GA 30384


CWR Electronics
18 Butler Ave
Bayville, NJ 08721


Google Inc.
1600 Amphitheatre Pkwy
Mountain View, CA 94043


Vtech Communications, Inc.
9020 SW Washington Square Road
Suite 555
Vancouver, WA 97223


Land 'N' Sea / Kellogg Marine Supply
5 Enterprise Drive
Old Lyme, CT 06371


Goodwin Procter LLP
100 Northern Ave
Boston, MA 02210


Almo Corporation
2709 Commerce Way
Philadelphia, PA 19154


V&V APPLIANCE PARTS
27 W. Myrtle Ave
Youngstown, OH 44507


TeleDynamics
2200 Wheless Lane
Austin, TX 78723


GN Audio USA Inc.

900Chelmsford St.,
Tower II, 8th Floor
Lowell, MA 01851


Hanover Insurance Group
P.O. Box 580045
Charlotte, NC 28258


ProMarketing, Inc.
P.O. Box 410
Richfield, OH 44286


UTM Distributing
125 W. Crescentville Road
Cincinnati, OH 45246


Long Island Industrial Management LLC
45 Broadway
25th Floor
New York, NY 10006


Jenne Distributors
33665 Chester Road
Avon, OH 44011


The Hartford Fire Insurance Company
PO BOX 660916
Dallas, TX 75266


Wingify Software Private Limited
1104, 11th Floor
KLJ Tower North B-5
Netaji Subhash Place
Pitampura Delhi
INDIA


Chubb
PO BOX 382001
Pittsburgh, PA 15250

Philips DAT
PO Box 100984

Atlanta, GA 30384

Beach Camera, Inc.
80 Carter Drive
Edison, NJ 08817

Valens Datalabs PVT LTD
717-721 North Plaza
Nr. 4D Square Mall
Visat Gandhinagar Highway, Chandkheda
INDIA

Schechner Lifson Corp
4 Chatham Road
Summit, NJ 07901

Anker Innovations Limited
755 Remington Boulevard
Suite B
Bolingbrook, IL 60440

D & H Distributing
2525 N. 7th Street
Harrisburg, PA 17110

Google Inc.
1600 Amphitheatre Pkwy
Mountain View, CA 94043

Clarity Products LLC
4295 Cromwell Road Suite 309
Chattanooga, TN 37421

Channel Advisor
1010 Sync Street
Suite 600
Morrisville, NC 27560

Protel BPO Limited
160 Newtown Barracks
3 Rd Floor
Belize City

BELIZE


Ashley Furniture Industries
One Ashley Way
Arcadia, WI 54612


Boulay Group
7500 Flying Cloud Drive
Suite 800
Minneapolis, MN 55344


Petra Industries, LLC
PO Box 955611
St. Louis, MO 63195


Elliott Davis
355 South Main Street
Suite 500
Greenville, SC 29601


National Trade Supply, LLC
2011 Southtech Drive,
Suite 100
Greenwood, IN 46143


M Rothman Group
171 47th Street
Brooklyn, NY 11232


Lapine Associates, Inc.
15 Commerce Road
Stamford, CT 06902


Pradco Outdoors Brands
5724 Highway 280 East
Birmingham, AL 35242


Google LLC
P.O. Box 883654
Los Angeles, CA 90088

DMI Partners, Inc
1 S Broad St
Philadelphia, PA 19107


Mailmodo Technologies, Inc.
355 Bryant Street, Unit 403
San Francisco, CA 94107


MacArthur Investments, LLC
PO Box 30512
Tuscon, AZ 95851


Spectrum Brands, Inc
7040 Collection Center Drive
Chicago, IL 60693


MEI Corp.
22 Lillian Place
Patchogue, NY 11772


SHR Gogotech India Private Limited
717 to 721 North Plaza
Opp Palladium, Nr 4D Square Mall, Vishat
Ahmedabad Gujarat
INDIA


Midland Radio Corporation
P.O. Box 844456
Dallas, TX 75284


Robert Half
P.O. BOX 743295
Los Angeles, CA 90074


DAS Companies, Inc.
P.O. Box 826587
Philadelphia, PA 19182


Cutler Communication & Radio Sales, Inc
160 Irish Lane

Islip Terrace, NY 11752


GE APPLIANCES
PO Box 412233
Boston, MA 02241


Encompass Supply Chain Solutions, Inc
P.O. Box 935572
Atlanta, GA 31193


ULINE
PO Box 88741
Chicago, IL 60680


World Marketing of America, Inc
12256 William Penn Hwy,
PO Box 192
Mill Creek, PA 17060


Hilco Corporate Finance, LLC
5 Revere Drive
Northbrook, IL 60062


DMS Technology, Inc.
4110 Tench Rd Suite B
Suwanee, GA 30024


Monarch Specialties Inc
4155 Autoroute Chomedey
Laval, QC
CANADA


CONSILIO INC
1828 L ST NW
STE 1070
Washington, DC 20036


Veriship, LLC (dba Sifted)
8880 Ward Parkway
Suite 300
Kansas City, MO 64114

Fabre Technologies
27 Horseneck Rd
Suite 220
Fairfield, NJ 07004


Farris Brothers, Inc.
24 Ratcliff Lane
PO Box 17587
Hattiesburg, MS 39404


AGM Powershopper Inc.
721 W Woodbury Rd
Altadena, CA 91001


Brightpearl Inc
211 E 7th St
Suite 110
Austin, TX 78701


Rissmiller PLLC
5 Pennsylvania Plaza
19th Floor
New York, NY 10001


Prometheus Group, LLC
P.O. Box 130100
Birmingham, AL 35213


Sandra Truyengue
19 Sandra Lane
Bloomfield, NJ 07003


Blue Air Conditioning
2091 West Jim Howard Place
Tuscon, AZ 85705


Huron Consulting Services LLC
P.O. Box 71223
Chicago, IL 60694

A-1 Telecom
PO Box 336
3030 S. 11th St.
Niles, MI 49120


Essendant
PO Box 7780-1724
Philadelphia, PA 19182


Commpage, Inc.
85 Hoffman Ln, Ste K
Islandia, NY 11749


Elite Service Group LLC
40 West 27th Street, 6th fl
New York, NY 10001


Celestron
2835 Columbia Street
Torrance, CA 90503


Five 9, Inc.
4000 Executive Parkway
San Ramon, CA 94583


Samsonic Trading, Inc
160 West 28th Street
New York, NY 10001


K-Tech, Inc
2236 Lake Drive
Pasadena, MD 21122


Kinsey's Archery Products Inc
1660 Steel Way Drive
Mount Joy, PA 17552


Cablevision Lightpath Inc
PO Box 360111
Pittsburgh, PA 15251

Alltrans Logistics Group, Inc.
2011 SW 17th Ave
Boynton Beach, FL 33426


Culhane Meadows, PLLC
13101 Preston Road, Suite 110
Dallas, TX 75240


Radar Solutions
dba Rocky Mountain Radar
6469 Doniphan Dr.
El Paso, TX 79932


Usercentrics Inc
100 North Tryon Street
Charlotte, NC 28202


Bacon Work Inc
3715 S Tracy Hall Parkway STE 7
Provo, UT 84606


Woods Oviatt Gilman LLP
700 Crossroads Building
2 State Street
Rochester, NY 14614


Medify Air, LLC
1325 SW 30th Ave
Deerfield Beach, FL 33442


FOSHAN WEIJING INFORMATION CONSULTING CO
Room 1-1808, Jinghua Plaza
No.  Ronghe Road
CHINA


Stephen Molitaris
5535 Kamin Street
Apt 2
Pittsburgh, PA 15217

UPS Mail Innovations
55 Glenlake Parkway Northeast
Atlanta, GA 30328


ReLogisTechs, LLC.
International Enterprises
4300 Sterilite St. S.E.
Massillon, OH 44646


Tucson Container Corporation
6601 S Palo Verde RD
Tuscon, AZ 85756


B & C Industries
738 Schuyler Ave
Lyndhurst, NJ 07071


Connors LLP
1000 Liberty Building
Buffalo, NY 14202


Cleaning Systems of Tucson
4221 S. Santa Rita Ave. #101
Tuscon, AZ 85714


Nanjing Blue Sky Filter Co., Ltd
#12 ZHONGXIN DONG ROAD, LISHUI ECONOMIC
NANJING CHINA


RICOH
WELLS FARGO VENDOR
FINANCIAL SERVICES, LLC
PO BOX 650073
Dallas, TX 75265


Pilot Fiber Inc
1115 Broadway, Floor 12
New York, NY 10010


Jobar International, Inc

3112 Kashiwa Street
Torrance, CA 90505


The Mazel Company
31000 Aurora Rd.
Solon, OH 44139


Magii Pension Services, LLC
490 Wheeler Road
Hauppauge, NY 11788


National Waste Services, LLC
1 Jem Court
Bay Shore, NY 11706


UBER Freight
555 Market Street
San Francisco, CA 94105


DoubleRadius, Inc.
2022 Van Buren Ave
Indian Trail, NC 28079


Vanguard Cleaning Systems of Long Island
131 -D - Gaither Drive
Mount Laurel, NJ 08054


Cogent Communications, Inc
PO Box 791087
Baltimore, MD 21279


ZKarlo, inc
8933 Lyndale Ave S.
Bloomington, MN 55420


Prime Packaging
1290 Metropolitian Avenue
Brooklyn, NY 11237


IAN C WILLIAMS

ACUTEAUDIO LLC
PO Box 16723
Tuscon, AZ 85732


Air Stream
400 Crossways Park Drive
Suite 102
Woodbury, NY 11797


Innovative Carriers
297 Marcy Avenue
Brooklyn, NY 11211


Melitta Corp
13925 58th Street North,
Clearwater, FL 33760


Unique Tronics, Inc.
7750 Densmore Avenue
Van Nuys, CA 91406


Atlantic A Program of De Lage Landen Financial Services
PO Box 41602
Philadelphia, PA 19101


Total Ben, LLC
1374 East 28th St.
Brooklyn, NY 11210


Peltier Effects LLC
6506 Valley Ridge Ct
Austin, TX 78746


Uniden
301 International Parkway - Suite 460
Flower Mound, TX 75022


Supplies Network
5 Research Park Drive
St. Charles, MO 63304

Christina Squillari
Floral Design
100 Parkway Road, Apt 2C
Bronxville, NY 10708


Joseph Connor
151-19 10th Avenue
Whitestone, NY 11357


Vortex Industries, LLC
LOCKBOX SERVICES 846952
3440 FLAIR DRIVE
El Monte, CA 91731


Crown Lift Trucks
PO Box 641173
Cincinnati, OH 45264


TFC Logistics, LLC
2707 East Ginter Road
Tuscon, AZ 85706


Sports South LLC
101 Robert G Harris Drive
Shreveport, LA 71115


Expert Computer Int'l Inc.
6437 Alondra Blvd
Paramount, CA 90723


ATLASSIAN SOFTWARE
Level 6
341 George St., Syndey
AUSTRALIA


SoTel Systems
2465 Centerline Industrial Drive
Maryland Heights, MO 63043


Filco Carting

197 Snediker Ave
Brooklyn, NY 11207


Quench
PO BOX 781393
Philadelphia, PA 19178


Fasten Halberstam LLP
40 Wall Street, Suite 3602
New York, NY 10005


High Energy Electric LLC
9954 E Rocky Vista Dr
Tuscon, AZ 85748


Fontel
804 E Street
Aurora, NE 68818


Melrose International, LLC
1400 N 30th Street, Ste 22
Quincy, IL 62301


Uniden America Corporation
301 International Parkway, Ste. 460
Flower Mound, TX 75022


Sethu Palat
Palat Consulting Services LLC
28 Enchanted Forest Road
Kings Park, NY 11754


Diglo- Harris Communications
15155 Technology Drive
Eden Prairie, MN 55344


Empire Scientific
P.O. Box 817
Deer Park, NY 11729

Slomin's Inc
125 Lauman Lane
PO BOX 1886
Hicksville, NY 11802


Ready Headset Go
PO Box 1389
Glendale, CA 91209


ASI Computer Technologies, Inc
131 Fieldcrest Avenue
Edison, NJ 08837


Desco Vaccum Cleaner Supply Co Inc,
75 Oser Avenue
Hauppauge, NY 11788


National Grid
PO Box 11791
Newark, NJ 07101


KROLL INTERNATIONAL
51819 Danview Technology Ct
Shelby Township, MI 48315


MONOPRICE INC
PO Box 740417
Los Angeles, CA 90074


Edmar Corporation d/b/a Bissell Commercial
100 Armstrong Rd.
Suite 101
Plymouth, MA 02360


Sportsmans - Moteng NA, LLC
2219 Hitzert Court
Fenton, MO 63026


Refurb Supplies
225 First Flight Drive
Aubrun, ME 04210

Dantona Industries Inc.
P.O. Box 3300
3051 Burns Ave
Wantagh, NY 11793


S.P. Richards Company
24 Wes Warren Drive
Middletown, NY 10941


American Express
World Financial Center
200 Vesey St
New York, NY 10285


Avalara
21 Robert Pitt Drive
Suite 310
Monsey, NY 10952


Avask Accounting & Business
5 Kew Road
Parkshot House
Richmond, London
UNITED KINGDOM


B&C Industries
738 Schuyler Ave
Lyndhurst, NJ 07071


Best Pure Inc
3717 San Gabriel River Pkwy
STE A
Pico Rivera, CA 90660


BIGBLUE PRODUCTS INC.
130 Eileen Way
Syosset, NY 11791


BILL.COM, INC.
6220 America Center Drive

Suite 100
San Jose, CA 95002


Blocker Outdoors, LLC
1731 Wierengo Drive
Muskegon, MI 49442


Brendan Morris
BR International, LLC
8343 Upper Perse Creek
Orlando, FL 32827


C&A Marketing, Inc
114 Tived Lane East
Edison, NJ 08837


C. PETER  WYLLIE
1320 Honeysuckle Dr
Watkinsville, GA 30677


C2 Wireless
17852 E 17th Street
Suite 205
Tustin, CA 92780


Carlo's Plumbing LLC
Attn: Carlos Ortiz
137 E. Mojave Rd
Tuscon, AZ 85705


CDW Direct
PO Box 75723
Chicago, IL 60675


Central Alarm Inc
2550 N 14th Avenue
Tuscon, AZ 85705


CG CONSULTING LLC
8600 Tyler Blvd
Box 291

Mentor, OH 44061


CHI Home, A Division of Farouk Systems, Inc.
PO Box 123315
Dallas, TX 75312


chris  hendrix
201 Paradise Marsh Cir
Brunswick, GA 31525


Chris  Miller
371 Old Esom Hill Loop
Cedartown, GA 30125


Chris Hicks
6500 S Dayton St
Apt B208
Centennial, CO 80111


Christie's Appliance & Mattress Company
7255 E Broadway Blvd
Tuscon, AZ 85710


CIT GROUP COMMERCIAL SERVICES INC.
P.O. BOX 1036
Charlotte, NC 28201


Wells Fargo Bank, N.A.
PO BOX 842683
Boston, MA 02284


City of Tucson
PO Box 52771
Phoenix, AZ 85072


SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
SMALL CLAIMS AND CONCILIATION BRANCH
ATTN: DAVID DENYER, DEPUTY CLERK
510 4TH STREET NW - BUILDING B, ROOM 120
Washington, DC 20001

Coaster Furniture
45 Stults Rd #2
Dayton, NJ 08810

Cogel International Ltd
95 Rye Lane
Unit 501a, Peckham Level
London 3611887953
United Kingdom

Cohn Reznick LLP
4 Becker Farm Road
Roseland, NJ 07068

The Coleman Company Inc.
75 Remittance Drive, Suite 1167
Chicago, IL 60675

Communication & Network Solutions
416 W. San Ysidro BL PMB#644
San Diego, CA 92173

Water Filters Direct LLC
560 22nd Street
Zumbrota, MN 55992

Commission Junction
530 E Montecito St.
Santa Barbara, CA 93103

COMPETITION CHEMICALS, INC.
715 RAILROAD STREET
PO BOX 820
Iowa Falls, IA 50126

Complete Medical Supplies, Inc
21 Wes Warren Drive
Middletown, NY 10941

Compliabilitee Ltd.

10 Fulwith Close
Harrogate, North Yorkshire
UNITED KINGDOM


Compu - TTY, Inc.
3408 Indale Road
Fort Worth, TX 76116


ComSources LLC
644 Church Road Ste 1
Madison, MS 39110


Concept 101 LLC
1350 Broadway, Suite 1010
New York, NY 10018


Condusiv Technologies
7590 North Glenoaks Blvd
Burbank, CA 91504


Connexity/Bizrate
2120 Colorado Ave
Suite 400
Santa Monica, CA 90404


Connie  Pounds
1659 Orlando St SW
Atlanta, GA 30311


ConQuest Scents
PO Box 219
Davison, MI 48423


Consumer Priority Service
1678 Mcdonald Avenue
Brooklyn, NY 11230


Active Marketing Solutions Inc
331 Newman Springs Rd. Bldg.1
4th Floor Suite 143-65
Red Bank, NJ 07701

Cox Business
PO Box 53249
Phoenix, AZ 85072


CPR Global Tech Ltd
E2, Lakeside Technology Park
Llansamlet, Swansea
UNITED KINGDOM


CPS Filing Services
1843 Central Avenue #142
Albany, NY 12205


CT Corporation
PO Box 4349
Carol Stream, IL 60197


D H AIR CONDITIONING
3990 S Evans Blvd
Tuscon, AZ 85714


Daiwa Corporation
P.O. Box 31001-0865
Pasadena, CA 91110


Sonance
P.O. Box 73310
San Clemente, CA 92673


Danforth Communications
12191 West Linebaugh Avenue
Suite 600
Tampa, FL 33626


Darktrace Holdings Limited
Maurice Wilkes Building
St John's Innovation Park
Cowley Road
Cambridge
UNITED KINGDOM

Data Pro Technologies LLC
101 Royer Dr
Collegeville, PA 19426


TD Investment Company
500 Newport Center Drive, Suite 780
Newport Beach, CA 92660


DBZ Sales Inc
777 Kent Ave
Brooklyn, NY 11205


Deel, Inc
650 2nd St
San Francisco, CA 94107


Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 643561
Pittsburgh, PA 15264


Depositphotos Inc
110 E. Broward Blvd,
Suite 1700
Fort Lauderdale, FL 33301


DGA Security Systems, Inc.
PO Box 1920
New York, NY 10101


Diamond Trading Group LLC
250 Passaic St
Newark, NJ 07104


Direct Access System, Inc
1309 S. Myrtle Ave
Monrovia, CA 91016


Direct Communications Inc

6200 Aurora Ave, Ste 210W
Des Moines, IA 50322


Direct Technology Group
5101 NW 21st Ave, Suite 140
Fort Lauderdale, FL 33309


DiRusso Electrical Contracting Inc
63-23 Metropolitan Ave
Middle Village, NY 11379


Diversified Technology Solutions, LLC
192 Lakefront Drive
Akron, OH 44319


Diversified Telecom Services, LLC
11359 E 25Th Drive
Aurora, CO 80010


Downtown Wholesalers Inc
5899 S. Downey Rd
Vernon, CA 90058


Durazo Construction
P.O. Box 629
Tuscon, AZ 85702


Dynamic CommSource
2434 Baylor Dr. SE
Albuquerque, NM 87106


Easy Shoppers LLC
70 Clymer Street #12E
Brooklyn, NY 11249


E.L. Empire Consulting Inc.
c/o Eidan Levi
458 Hungry Harbor Road
Valley Stream, NY 11581

Eide Bailly LLP
7001 E. Belleview Ave., Ste. 700
Denver, CO 80237


Electro USA, LLC
4445 NW 97th Ave
Doral, FL 33178


Envoy Global, Inc
P.O. Box 74007604
Chicago, IL 60674


Epilady USA
5250 Gulfton #4B
Houston, TX 77081


Equity Technologies Corporation
2750 Brookley Ave.
Mobile, AL 36606


Cedar Electronics Company
75 Remittance Dr.
Dept. 6722
Chicago, IL 60675


Escudero Handyman Services
5024 W Tillery St
Tuscon, AZ 85757


eShipping LLC
10812 NW Highway 45
Parkville, MO 64152


Essco
1933 HIGHLAND RD.
Twinsburg, OH 44087


F & E TRADING LLC
245 BELMONT DRIVE
Somerset, NJ 08873

Fanstel Corporation
7466 East Monte Cristo Avenue
Suite 5
Scottsdale, AZ 85260


Fantasia Trading LLC
5350 Ontario MLS Pkwy Ste 100
Ontario
CANADA


Federal Express
PO Box 371461
Pittsburgh, PA 15250


Filters Now, LLC
Bin 436900
PO Box 1207
Inianapolis, IN 46206


Flex Marketing Group
1841 Broadway, Suite 600
New York, NY 10023


FLIR Outdoor and Tactical Systems, Inc.
9 Townsend West
Nashua, NH 03063


Floyd  Bryant
618 W Robinson Ave
Doerun, GA 31744


ForEverlast Hunting Products Inc
P.O. Box 767
Hallettsville, TX 77964


Neologic, Inc.
2299 Ridge Road
Greenville, SC 29607


Freshdesk/Freshworks

1250 Bayhill Drive, Suite 315,
San Bruno, CA 94066


Fross Zelnick Lehraman & Zissu, P.C.
151 West 42nd Street 17th Floor
New York, NY 10036


Frost BrownTodd LLC
400 West Market Street
32nd Fl
Lousville, KY 40202


Fuse HVAC & Appliance Repair
9 Donna Ct
Staten Island, NY 10314


Future Call LLC
13425 S 37th Place
Phoenix, AZ 85044


LIBERTY HOUSE
BULLS COPSE ROAD
HOUNSDOWN BUSINESS PARK
Southampton
UNITED KINGDOM


GDS Group
1688 Meridian Ave
FL 10
Miami Beach, FL 33139


GF Health Products, Inc.
2935 Northeast Parkway
Atlanta, GA 30360


Global Cellutions Distributors Inc
13006 Saticoy St
STE 1
North Hollywood, CA 91605


Global Industrial Prod 11G

PO Box 905713
Charlotte, NC 28290


Global Interior NY Corp.
150-05 Northern Blvd., 2nd Floor
Flushing, NY 11354


Global Teck
1900 Campus Commons Dr. Suite 100
Reston, VA 20191


Global Telecom Supply
3 Expressway Plaza
Suite 114
Roslyn Heights, NY 11577


GODADDY.COM
14455 N Hayden Rd
Scottsdale, AZ 85260


GOOD WATER WAREHOUSE INC
1700 E WALNUT AVE
Fullerton, CA 92831


GoTo Technologies USA, Inc.
333 Summer Street
Boston, MA 02210


The Recon Group LLP
20200 W Dixie Hwy.
Suite 1005
Aventura, FL 33180


GREAT-WEST TRUST Company LLC
8515 East Orchard Road
Greenwood Village, CO 80111


GREEN PROJECT INC.
15335 Don Julian Road
Hacienda Heights, CA 91745

GREEN WATER SYSTEM LTD.
TIANJIN JINGHAI YUNDA INDUSTRY AND TRADE
JINHAI ROAD. JINGHAI ECONOMIC
Tianjin
CHINA


GUARDIAN
PO BOX 824404
Philadelphia, PA 19182


Hamilton Beach Brands
4421 Waterfront Drive
Glenn Allen, VA 23060


Harsh Kadhi
301 Westminster Boulevard
Parlin, NJ 08859


HiTech
401 North Portland Avenue
Oklahoma City, OK 73107


Hodgson Russ LLP
The Guaranty Building
140 Pearl Street
Suite 100
Buffalo, NY 14202


Hollander Sleep Products LLC
Louisville Bedding Company
10400 Bunsen Way
Louisville, KY 40299


Hollywood Bed & Spring MFG. Co., Inc.
5959 Corvette Street
Commerce, CA 90040


Honeywell Safety Products US
P. O Box 418430
Boston, MA 02241

HP Inc.
P.O. Box 419520
Boston, MA 02241


HYDE OUTDOORS, LLC
8 Sorrento Drive
Suite 8
Ospry, FL 34229


Hypercel Corporation
28385 Constellation Rd.
Valencia, CA 91355


Ibn  Johnson
1647 Jackson Way NW
Atlanta, GA 30318


Waste Connections
PO BOX 660654
Dallas, TX 75266


Innovative IT Solutions, Inc.
3200 SW 59th Street
Oklahoma City, OK 73119


INTEGRATED SYSTEMS & SERVICES, INC.
541 Industrial Way West Suite B
Eatontown, NJ 07724


Internet EscrowServices
30318 Esperanza
Rancho Santa Margarita, CA 92688


Interstate All Battery Center of Queens
45-05 39th St
Sunnyside, NY 11104


INTUIT Quickbooks
2700 Coast Ave
Mountain View, CA 94043

Invoca
519 State St
Santa Barbara, CA 93101


iQuanti Inc
111 Town Square Pl Ste 510
Jersey City, NJ 07310


Iterable, Inc.
71 Stevenson Street, Suite 300
San Francisco, CA 94105


JJD Enterprises, LLC
5451 Ocean Unit 107
Hawthorne, CA 90250


JLVPJS LLC
17103 Holmes Cir
Cerritos, CA 90703


JOHN  BRIGGS
4940 Vernon Oaks Dr
Dunwoody, GA 30338


JP Capital  & Insurance
PO Box 933
Jackson, GA 30233


JP Contracting & Construction Corp
160 Riverside Ave.
Amityville, NY 11701


JT Sellers LLC
2 Stadium Dr
#1304
Sugar Land, TX 77498


Ju Ju Be
1001 West 17th St. Suite J

Costa Mesa, CA 92627


KeyBank
127 Public Square
Cleveland, OH 44114


King  Beach
120 Flowing Spring Trl
Roswell, GA 30075


Klein Electronics, Inc.
349 North Vinewood Street
Escondido, CA 92029


Klipsch Group Inc.
PO BOX 203256
Dallas, TX 75320


Land Air Sea Systems, Inc.
P.O. Box 868
McHenry, IL 60051


LAUREN RISKALLA
39 Brindletown Rd
New Egypt, NJ 08533


Law Offices of Christopher Graziano
1539 Franklin Avenue, Suite 300
Mineola, NY 11501


LEI Trans Inc.
4500 Hugh Howell Road
Suite 790
Tucker, GA 30084


Lenovo Financial Services
21146 Network Place
Chicago, IL 60673


Lifefactory, Inc.

Three Harbor Drive, Suite 200
Sausalito, CA 94965


Lincoln Life Insurance
16-00 Pollitt Dr
Fair Lawn, NJ 07410


LINKEDIN
350 5th Ave
New York, NY 10118


Lippes Mathias Wexler Friedman LLP
50 Fountain Plaza
Suite 1700
Buffalo, NY 14202


MacArthur Investments, LLC
PO Box 30512
Tuscon, AZ 95851


Marcone Supply
PO Box 790120
St. Louis, MO 63179


MATERIAL HANDLING & STORAGE, INC
P.O. BOX 1510
Scottsdale, AZ 85252


Manning Consulting Group, Inc.
dba MCG Logistics
23456 Madero
Suite 100
Mission Viejo, CA 92691


Merion Investment Partners
555 East Lancaster Ave
Suite 500
Randor, PA 19087


Merrill  Holmes
3050 Gant Quarters Cir

Marietta, GA 30068


Headset Advisor
3065 Kilgore Rd.
Rancho Cordova, CA 95670


The Metal Ware Corporation
305 Taylor St
Two Rivers, WI 54241


MetLife Group Benefits
PO Box 804466
Kansas City, MO 64101


Metropolitan Vacuum Cleaner Co. Inc
5 Raritan Road
Oakland, NJ 07436


MEYER DISTRIBUTING
906 Murray Rd
East Hanover, NJ 07936


Tido Meyerhoff
22 Indian Chase Drive
Greenwich, CT 06830


Michael C. Jackson 1999 Descendants
177 Sabbaday Lane
Washington Depot, CT 06794


Microsoft
1 Microsoft Way
Redmond, WA 98052


Midcom Data Technologies
33493 W 14 Mile Rd
Suite 150
Farminton Hills, MI 48331


Moss Adams LLP

PO BOX 101822
Pasadena, CA 91189


MULTIPLIER TECHNOLOGIES PTE. LTD
20A Tanjong Pagar Road
SINGAPORE


Muscle Foods USA
P.O. Box 62808
Baltimore, MD 21264


Nassau County Police Department
Nassau County Public Safety Center
Communications Bureau,Police Alarm Permit
1194 Prospect Avenue
Westbury, NY 11590


NATIONAL ELECTRONICS, INC.
1201 BROADWAY #806
New York, NY 10001


New Wave Technologies
4635 Wedgewood Blvd, Ste 107
Frederick, MD 21703


NEXTLIFE ASSET SALES LLC
12215 MORNING AVENUE
Downey, CA 90242


Nick Losciuto
7483 Teasdale Ave
St. Louis, MO 63130


New Jersey Division of Taxation
Revenue Processing Center
PO BOX 639
Trenton, NJ 08646


North American Numbering Plan (NANP)
C/O Welch LLP
P.O. Box 223231

Pittsburgh, PA 15251


NuZine LLC
247 West 37th Street
New York, NY 10018


NYC Department of Finance
P.O. Box 3931
New York, NY 10008


OC Concrete LLC
649 Mt Orange Rd
Middletown, NY 10940


OEM Sourced, Inc.
140 58th Street, suite 4G
Brooklyn, NY 11220


OMKARA SERVICES, INC
560 Cross Street, Apt 2B
Harrison, NJ 07029


Omnitrans Corp. LTD
29 W 30th Street
New York, NY 10001


Blutron Group LLC
1771 International Pkwy,
Suite 117
Richardson, TX 75081


Cablevision
PO Box 9256
Chelsea, MA 02150


Origin Micro, Inc
Dept. 1350
P. O. Box 4110
Woburn, MA 01888

Osseo Telecom
6831 147th Ave NW
Ramsey, MN 55303


OTISCO VALLEY TELCOM
7704 MALTLAGE DRIVE
Liverpool, NY 13090


Outleads Inc.
244 5th Avenue
Suite D-237
New York, NY 10001


Outthinker
10 Ricki-Beth Lane
Old Greenwich, CT 06870


OVERTECH, INC.
6125 Stadia Court
Colorodo Springs, CO 80915


UnitedHealthcare
1 Penn Plaza 8th Floor
New York, NY 10119


Ozisik, PLLC
29 Broadway
Suite 1500
New York, NY 10006


Ozonics LLC/PMD
1511 S Garfield Pl
Mason City, IA 50401


Pacific Lake Partners Fund One, LP
800 Boylston St, Suite 2220
Boston, MA 02199


Outpack Designs Inc
1307 North 45th Suite # 202
Seattle, WA 98103

Panasonic Energy Corp of America
PO Box 13869
Newark, NJ 07188

Parker Hudson Rainer & Dobbs LLP
P.O. Box 745821
Atlanta, GA 30374

Parrot Distributing, Inc.
6220 Airpark Drive
Chattanooga, TN 37421

Phoenix Dispatchers LLC
1309 Coffeen Avenue Suite 3322
Sheridan, WY 82801

PCM/TigerDirect
File 55327
Los Angeles, CA 90074

Pepper Hamilton LLP
c/o Dawn Hall
400 Berwyn Park
899 Cassatt Road
Berwyn, PA 19312

PhantomALERT Inc.
1216 Florida Ave. N.E
Washington, DC 20002

Lumileds LLC
P.O. Box 406621
Atlanta, GA 30384

Phoenix Graphics, Inc.
1525 Emerson St.
Rochester, NY 14606

Pitney Bowes

PO Box 371874
Pittsburgh, PA 15250


Pitney Bowes Global Financial Services
500 Ross Street Suite 154-0470
PO Box 371887
Pittsburgh, PA 15262


Pluralsight, LLC
Dept CH 19719
Palatine, IL 60055


Pointex Industry Corp
39 Heyward Street
Brooklyn, NY 11249


Polar Electro, Inc.
15 Grumman Road West Suite 1200
Bethpage, NY 11714


Power of the God's LLC
228 Soulanges Rd
Lafayette, LA 70508


Power Products Unlimited, Inc.
2170 Brandon Trail Suite A
Alpharetta, GA 30004


The PowerSellers, Inc.
6175 NW 167th Street
Unit G-14
Miami, FL 03315


Practical Consulting Group LLC
PO Box 36605
North Ridgeville, OH 44039


Preferred Office Supplies Inc.
1533 40th Street
Brooklyn, NY 11218

PRICELESS RESOURCE INC.
63 Flushing Ave, Bldg 11A
Brooklyn Navy Yard
Brooklyn, NY 11205


Prime Transport
PO Box 300985
JFK Airport Station
Jamaica, NY 11430


Pro-Energy Industrial Co., Ltd
HK Office: Room 803, Chevalier House,
45-51 Chatham Road, South TSIM,
Sha Tsui, Kowlong
Hong Kong
CHINA


Proactive Event Marketing, Inc.
2037 Chestnut Street
P.O. Box 2128
Philadelphia, PA 19103


Procopio, Cory, Hargreaves & Savitch LLP
525 B Street, Suite 2200
San Diego, CA 92101


Prodigital Manufacturing LLC
209 E Ben White Blvd
Ste 205
Austin, TX 78704


Bedding Acquisition, LLC
Lockbox #782752
Philadelphia, PA 19178


Provantage LLC
7576 Freedom Ave.
North Canton, OH 44720


PRT Distributors Inc
77 McCullough Dr, suite 8

New Castle, DE 19720


Prudential Trust Corporation Limited
15 A Street
Belize City
BELIZE


PSEG Long Island
PO Box 888
Hicksville, NY 11802


Quazo System Inc
2900 E Miraloma Avenue
Unit C
Anaheim, CA 92806


Queen Lawal
2113 Meadows Blvd
League City, TX 77573


R Ripley  Bell Jr
2402 Dawson Rd Ste 3
Albany, GA 31707


Hassan Ragab
7 Anderson Road
Greenwich, CT 06830


Rhino Building Products, LLC
4081 Highway 36 West
Searcy, AR 72143


Mackarl Enterprises, Inc.
17088 Green Drive
City of Industry, CA 91745


RJS Forms and Business Graphics
40-32 Clearview Expy (206 St.)
Bayside, NY 11361

RNBS, Inc dba Rugged Notebooks
1574 N. Batavia Street, Suite #2
Orange, CA 92867


Roger C & Marjorie Davisson Trustees
42 Via Burrone
Newport Coast, CA 92657


CIT Group
PO Box 1036
Charlotte, NC 28201


Saul Shauli
108-20 71st Ave
Apt PH1A
Forest Hills, NY 11375


Scalar Group, Inc.
PO Box 708641
Sandy, UT 84070


Search Fund Partners 5, LP
885 Oak Grove, Ste 102
Menlo Park, CA 94025


SeaWide Marine Distribution Inc
PO Box 207408
Dallas, TX 75320


Seth  Williams
332 Bennington Pl
Canton, GA 30115


SGM Socher Inc
144 Quigley Blvd
Suite 108
New Castle, DE 19720


Shanghai jie ke information technology co
12582 Lewis ave
Chino, CA 91710

Shankar Ninan & Co LLP
875 Avenue of the Americas
RM 1810
New York, NY 10001


ShinyTech
814, Raj Apartment,
2nd Floor, Nandanvan
Nagpur
INDIA


Shopify
151 O'Connor Street
Ground Floor
Ottawa, ON K2P 2L8
CANADA


Shore Power, Inc
50 School House Road Unit 2
Old Saybrook, CT 06475


Shoreview Distribution Business Trust
69 Elm St
Foxboro, MA 02035


Timer Warner Cable
PO Box 11820
Newark, NJ 07101


Spend Management Experts
967 Buckingham Circle, NW
Atlanta, GA 30327


Stefanie Kitzes
101 NE 35th Street, Apt A
Pompano Beach, FL 33064


Stein Saks, PLLC
285 Passaic Street
Hackensack, NJ 07601

Stephen Connaughton/Optenheimer
1 Financial Plz, suite2110
Providence, RI 02903


Stevenson Family Investment L.P.
31 Fayerweather Street
Cambridge, MA 02138


Stewart J Cox Sr
15454 Brookridge Blvd
Brooksville, FL 34613


Stifel, Nicolaus & Company, Inc.
One Montgomery Street
San Francisco, CA 94104


Straight Forwarding, Inc.
20970 Currier Road
City of Industry, CA 91789


Streakwave Wireless, Inc.
840 Jury Court
San Jose, CA 95112


Stuart  Farron
4852 Jacobs Cove Pt
Buford, GA 30519


Stuart  Manville
233 Old Phoenix Rd
Eatonton, GA 31024


Stuart Beal
11100 Haines Ave NE
Albuquerque, NM 87112


Sunwireless
45961 Warm Springs Blvd
Fremont, CA 95439

Supersonic Electronics
63 Flushing Ave. Unit # 301
Brooklyn Navy Yard building # 11
Brooklyn, NY 11205


SupplyOne Tucson
6874 S. Palo Verde
Tuscon, AZ 85756


Surplus Giant, Inc
900 East Atlantic Avenue, Suite 12
Delra Beach, FL 33483


SynchroNet Corp
13100 Wortham Center Dr
Suite 300
Houston, TX 77065


T. DiRusso Electrical Contracting, Inc.
63-23 Metropolitan Avenue
Middle Village, NY 11379


Target Distributing
19560-19568 Amaranth Drive
Germantown, MD 20874


TCG Investors LLC
25 Highland Park Village
Ste. 100-862
Dallas, TX 75202


TD Investment Company
610 Newport Center Drive
Suite 800
Newport Beach, CA 92660


TEAC America, Inc
LA Lockbox 22600
Pasadena, CA 91185

Tech Data Corporation
25121 Network Place
Chicago, IL 60673


Tech Rabbit
601 Lehigh Avenue
Union, NJ 07083


Tech Stack LLC
441 Micali Way
South Plainfield, NJ 07080


TechLiquidators
38 Executive Park,
Suite 350
Irvine, CA 92614


TelQuest International Inc.
26 Commerce Road - Suite B
Fairfield, NJ 07004


Tendi Company
70 Ironside Crescent
Scarborough, Ontario
CANADA


Tessco Inc
11126 McCormick Road
Cockeysville, MD 21031


TEST IO
691 S Milpitas Blvd, Ste 212
Milpitas, CA 95035


The Bombadil Group LLC
750 N SAINT PAUL ST STE 250
Dallas, TX 75201


The Goldring Firm
40 Fifith Avenue

New York, NY 10011


The GPS Store, Inc.
PO Box 7659
Ocean Isle Beach, NC 28469


The Hartford
Group Benefits Division
PO Box 783690
Philadelphia, PA 19178


Thompson Tax & Associates, LLC
PO Box 96
Waverly, KS 66871


Tiger Valuation Services, LLC
60 State Street
Suite 1150
Boston, MA 02109


TowerStream Corporation
PO Box 414061
Boston, MA 02241


Traverse Legal
810 Cottageview Drive
Unit G-20
Traverse City, MI 49684


Tri-Boro Shelving
19-40 Flushing Ave
Ridgewood, NY 11385


Trisonic
PO Box 527018
Flushing, NY 11352


TRIWIN WATERTEC CO., LTD
No.3, Lane 45, Section 3, Dafu Road,
Tanzih District
Taichung City 427

TAIWAN


Tronconi Segarra & Associates
8321 Main Street
Williamsville, NY 14221


TrustedSite
116 New Montgomery St,
Suite 200
San Francisco, CA 94105


Trustpilot Inc.
245 Fifth Avenue
4th Floor
New York, NY 10016


Tucson Electric Power Company
PO Box 80077
Prescott, AZ 86304


Tucson Police Department
Alarm Registration
1310 W Miracle Mile
Tuscon, AZ 85705


TurnTo Networks, Inc.
2443 Fillmore Street,
#380-18365
San Francisco, CA 94115


TXC TECHNOLOGIES, LLC
400 HOBBS ROAD, STE 205
League City, TX 77573


United Natural Foods, Inc.
71 Stow Drive
Chesterfield, NH 03443


Unique Tronics, Inc
7750 Densmore Avenue
Van Nuys, CA 91406

UPS Supply Chain Solutions, Inc
28013 Network Place
Chicago, IL 60673


Uri Cohen
2 North Side Piers
Apt 6K
Brooklyn, NY 11249


Vectornate USA Inc
10 Industrial Ave Unit 4
Mahwah, NJ 07430


Vidpro Corp.
Ideal World Marketing Inc.
14805 Archer Avenue
Jamaica, NY 11435


Vtech Electronics NA, LLC
PO BOX 201221
Dallas, TX 75320


Web Design Solution, Inc
3760 Convoy Street - Suite 340
Suite 340
San Diego, CA 92111


The Whistler Group, Inc
PO Box 1716
Searcy, AR 72145


Wireless Solutions LLC
2720 E Phillips Road
Greer, SC 29650


Wolverine World Wide, Inc
25759 Network Place
Chicago, IL 60673

WorldWide Suppliers
15155 Stag Street Unit 1
Van Nuys, CA 91405


Worldwide Trade Partners LLC
601 Carlson Pkwy, Ste 1050
Minnetonka, MN 55305


Y.R. Distribution
235 Nugget Avenue
Unit # 7
Scarborough, ON
CANADA


Republic Business Credit, LLC
P.O. Box 203152
Dallas, TX 75320


CSS Inc
35 Love Lane
Netcong, NJ 07857


Ingram Entertainment Inc
Two Ingram Blvd
LaVergne, TN 37089


PITNEY BOWES GLOBAL ECOMMERCE INC
3001 Summer St
Stamford, CT 06929


The Simmons Manufacturing Co. LLC
P.O. Box 945655
Atlanta, GA 30394


New Leaf Service Contracts, LLC
909 Lake Carolyn Parkway, Suite 900
Irving, TX 75039


H.L. Dalis
35-35 24th Street
Long Island, NY 11106

Alacrity E-Commerce Solutions PVT, Ltd
104 Infotech Tower, IT Park
South Ambazari Road
Nagpur, Maharashtra
INDIA


Just the Look LTD
Oobuy Unit 4 Space2Work
Furnax Lane
Warminster
BA128GL
UNITED KINGDOM


Texas Comptroller of Public Accounts
P.O. Box 13528, Capitol Station
Austin, Texas 78711-3528


Dhanshri Sontakey
65, Gander Green Lane
Sutton, Surrey SM12EP
UNITED KINGDOM